UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DINA M. ROBLES BUSH, widow of Pete Bush | CIVIL ACTION NO. |
| Plaintiff, | |
| VERSUS | JUDGE |
| THORATEC CORPORATION and UNIVERSITY HEALTHCARE SYSTEM, L.L.C. d/b/a TULANE UNIVERSITY MEDICAL CENTER & CLINIC | MAGISTRATE |
| Defendant. | |

*************************************************

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Thoratec Corporation (hereinafter referred to as "Thoratec"), to submit this Notice of Removal of the above-captioned case, on the following bases:

1.

The removal of this case is based upon diversity of citizenship jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441 *et seq.* Removal under 28 U.S.C. §§ 1332, 1441 is appropriate because there is complete diversity of citizenship between Plaintiff and the Defendant, and the amount in controversy exceeds $75,000. The other defendant in the case, University Healthcare System, L.L.C. d/b/a/ Tulane University Medical Center & Clinic (hereinafter referred to as "TMC") is not diverse in citizenship to the Plaintiff, however, as explained more fully below, that

Defendant has been improperly joined in this case and its citizenship is therefore irrelevant as to the matter of diversity of citizenship jurisdiction.

2.

Removal venue exists in the United States District Court for the Eastern District of Louisiana because the removed case was filed in the Civil District Court for the Parish of Orleans, State of Louisiana.

3.

This Notice of Removal is filed within 30 days of receipt of the Dilatory Exception of Prematurity filed by Defendant TMC, and within one year of the commencement of this action, as mandated by 28 U.S.C. §1446(b). *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) and *Ford v. Shoney's Restaurants, Inc.*, 900 F.Supp. 57 (E.D. Tex. 1995). Accordingly, removal of this action is timely.

3.

On or about May 3, 2011 Plaintiff filed this action asserting claims against Thoratec and TMC in the Civil District Court for the Parish of Orleans, State of Louisiana. The proceeding was entitled, *"Dina M. Robles Bush, widow of Pete Bush v. Thoratec Corporation and University Healthcare System, LLC d/b/a Tulane University Medical Center and Clinic"* bearing No. 2011-04673 on the docket of that court. As required by 28 U.S.C. § 1446(a), a copy of the Petition for Damages and all other process, pleadings, and orders in the record of this suit as of the date of removal are attached hereto as Exhibit A.

4.

Plaintiff asserts that she is a resident of the State of Louisiana. *See* Exhibit A: Petition for Damages, introductory paragraph. Accordingly, at the time Plaintiff commenced this action and at the time of filing this Notice of Removal, Plaintiff is a citizen of Louisiana for purposes of removal.

5.

Plaintiff's Petition for Damages names Thoratec as a defendant. Thoratec is a Californian corporation with its principal place of business in Pleasanton, California. Thus, Thoratec is not a citizen of Louisiana and is diverse from Plaintiff.

6.

Plaintiff's Petition for Damages also names TMC as a defendant in this case. TMC is a Louisiana corporation with its principal place of business in Louisiana. However, TMC is improperly joined in this case, and as such it and its citizenship must be ignored for purposes of determining jurisdiction based on diversity of citizenship. On or about July 1, 2011, TMC filed a Dilatory Exception of Prematurity in state court. *See*, Exhibit A: Dilatory Exception. The Dilatory Exception is based on TMC's status as a qualified healthcare provider under the Louisiana Medical Malpractice Act, La. R.S. 40:1299.41 *et seq.*, which requires Plaintiff to initiate a Medical Review Panel proceeding against TMC and refrain from bringing any civil proceedings against it until the completion of the Panel proceedings. See, *Richardson v. Advanced Cardiovascular Systems, Inc.*, 865 F.Supp. 1210 (E.D.La. 1994). This premature naming of TMC in this suit renders it improperly joined, and as such its presence as a named defendant does not preclude removal of this suit even though it is of the same citizenship as

Plaintiff. See, *Senia v. Pfizer, Inc.*, 2006 WL 1560747 (E.D.La. 2006) and *Jones v. Centocor, Inc.*, 2007 WL 4119054 (E.D.La. 2007).

28 U.S.C. §1446(b) permits removal of a case from state court "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable ... ." TMC filed its Dilatory Exception on or about July 1, 2011, revealing the improper joinder and rendering the case removable. This removal is therefore timely according to §1446(b).

7.

Although the Petition for Damages seeks an unspecified amount of compensatory damages, it is facially apparent from the Petition that the amount in controversy between Plaintiff and the Defendant exceeds the sum or value of $75,000. Plaintiff alleges, *inter alia*, that due to the actions of Thoratec, Plaintiff's deceased husband Pete Bush died and lost the opportunity to prolong his life or improve his chances of survival. Plaintiff seeks damages for that wrongful death and survival damages on behalf of her deceased husband. *See* Exhibit A: Petition for Damages ¶ 16-17. Plaintiff alleges that these damages include loss of consortium, society and companionship; the pain, suffering and mental anguish endured by her husband; and economic loss, medical expenses, funeral expenses and other damages. *See* Exhibit A: Petition for Damages ¶ 17.

8.

Written notice of the filing of this Notice of Removal is being transmitted to Plaintiff through her counsel of record. A copy of the Notice of Removal will be filed with the Clerk of

Court for the Civil District Court for the Parish of Orleans, State of Louisiana. A true and correct copy of the Notice of Removal to Adverse Parties and State Court is attached as Exhibit B.

WHEREFORE Thoratec Corporation prays that the above entitled state court action, now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

/s/ Mindy B. Patrón
**MINDY B. PATRÓN (La. Bar No. 23891)**
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**ATTORNEY FOR
THORATEC CORPORATION**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 14th day of July, 2011.

/s/ Mindy B. Patrón
MINDY B. PATRÓN