

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DINA M. ROBLES BUSH, widow of Pete Bush | * | CIVIL ACTION |
| Plaintiff, | * | NO. 11-1654 |
| VERSUS | * | SECTION "L" (3) |
| THORATEC CORPORATION, ET AL. | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering defendant, the United States of America's, ex parte/consent motion to file sealed stipulation:

**IT IS ORDERED** that the United States' motion is hereby **GRANTED**. The Clerk of Court is ordered to file the stipulation into the record **UNDER SEAL**.

New Orleans, LA, this 1st day of November, 2013.

Hon. Eldon E. Fallon
United States District Judge