This is the Thoratec Press Release regarding the Medical Device Correction Notice. It gives patients a number to call with questions. It's relevant because it was never provided to Pete and