UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DINA M. ROBLES BUSH                         CIVIL ACTION

VERSUS                                       NO. 11-1654

THORATEC CORPORATION, ET AL                 SECTION: L

J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law entered herein on April 1, 2014, the Stipulation of Dismissal of the parties filed on July 22, 2013, as well as the Court's Order and Reasons entered herein on October 23, 2011 accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Dina M. Robles Bush and against defendant the United States of America, in the amount of $200,000.00 for sorrow, mental anguish, and solace and pay and $23,535.00 in compensation for reasonably expected loss of income of the decedent and services, protection, care and assistance provided by the decedent, with a credit for the amount of consideration paid for the prior settlement, in addition to court costs and judicial interest from the date of judgment until paid.

New Orleans, Louisiana, this  1st  day of April, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE