# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

———————————————

No. 14-30896

———————————————

D.C. Docket No. 2:11-CV-1654

United States Court of Appeals
Fifth Circuit

**FILED**

September 17, 2015

Lyle W. Cayce
Clerk

DINA M. ROBLES BUSH,

Plaintiff - Appellant Cross-Appellee

v.

UNITED STATES OF AMERICA,

Defendant - Appellee Cross-Appellant

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before WIENER, CLEMENT, and SOUTHWICK, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that Plaintiff - Appellant Cross-Appellee pay to Defendant - Appellee Cross-Appellant the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued
as the mandate on Nov 10, 2015**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**